UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | |
|---|---|
| Rebecca Hopp, et. al.,            )<br>                                              )<br>                                              )<br>        Plaintiff(s)              )<br>                                              )<br>        vs.                           )<br>                                              )<br>Johnson & Johnson Services, Inc., et al.,   )<br>                                              )<br>                                              )<br>        Defendant(s)           ) | Case No. 4:13cv1571 TCM |

## ORDER

The above styled and numbered case was filed on August 13, 2013 and randomly assigned to the Honorable Thomas C. Mummert , United States Magistrate Judge.

After a review of the case, the Clerk's Office determined  that the case was opened incorrectly.   The case should have been assigned to the Northern Division. Accordingly,

**IT IS HEREBY ORDERED** that the case is transferred to the Northern Division and randomly assigned to the Honorable E. Richard Webber, United States District Judge, under cause number 2:13cv00074.    **IT IS FURTHER ORDERED** that cause number. 4:13cv 571 TCM be administratively closed.

Dated this 13th Day of August, 2013.                    JAMES G. WOODWARD
                                                                              Clerk of Court

                                                                           By: /s/Michele Crayton
                                                                               Deputy In Charge

**Please note the new case number: 2:13cv00074 ERW.**