UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | |
|---|---|
| Rebecca Hopp, et. al., | ) |
| Plaintiff(s) | ) ) ) ) ) |
| vs. | ) Case No. 4:13cv1571 TCM ) |
| Johnson & Johnson Services, Inc., et al., | ) ) ) |
| Defendant(s) | ) ) |

## ORDER

The above styled and numbered case was filed on August 13, 2013 and randomly assigned to the Honorable Thomas C. Mummert , United States Magistrate Judge.

After a review of the case, the Clerk's Office determined that the case was opened incorrectly. The case should have been assigned to the Northern Division. Accordingly,

**IT IS HEREBY ORDERED** that the case is transferred to the Northern Division and randomly assigned to the Honorable E. Richard Webber, United States District Judge, under cause number 2:13cv00074. **IT IS FURTHER ORDERED** that cause number. 4:13cv 1571 TCM   be administratively closed.

Dated this 13th Day of August, 2013.        JAMES G. WOODWARD
                                              Clerk of Court
                                             By: /s/ Michele Crayton
                                                Deputy In Charge

**Please note the new case number: 2:13cv00074 ERW.**